## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF MISSISSIPPI

## SOUTHERN DIVISON

| | | |
|---|---|---|
| **BUTCH OUSTALET, INC.** | \* | **CIVIL ACTION NO: 1:08CV1487** |
| **Plaintiff** | \* | |
| | \* | **SECTION:** |
| | \* | |
| **versus** | \* | **JUDGE:  LG** |
| | \* | |
| **RAY ANTHONY LEGGETT** | \* | **MAGISTRATE:  RHW** |
| **Defendant** | \* | |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT FOR INJUNCTIVE RELIEF WITHOUT PREJUDICE

Please take notice that Plaintiff, Butch Oustalet, Inc., (hereinafter "Butch Oustalet"), voluntary dismisses its Complaint for Injunctive Relief in the above-captioned matter without prejudice.

I.

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff, Butch Oustalet may dismiss its Complaint for Injunctive Relief, because no answer or motion for summary judgment has been filed on behalf of Defendant, Ray Anthony Leggett.

II.

Butch Oustalet represents that it dismisses this action voluntarily without prejudice and does not concede that there is a lack of jurisdiction to hear this complaint or grant such relief in Federal Court.

Respectfully submitted, this the 26th day of December, 2008.

                                      BUTCH OUSTALET, INC.

                      BY:   /s Doris T. Bobadilla
                              _____
                              DORIS T. BOBADILLA (#99869)
                              TIMOTHY EVERHART (#102386)

**GALLOWAY, JOHNSON, TOMPKINS,**
**BURR AND SMITH**
1213 31st Avenue
Gulfport, MS  39501
Telephone:  (228) 214-4250
Facsimile:  (228) 214-9650

## CERTIFICATE OF SERVICE

I, Doris T. Bobadilla, one of the counsel for Plaintiff, Butch Oustalet, Inc., do hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the ECF system that has sent notice to all counsel of record.

This 28th day of December, 2008.

                                      /s Doris T. Bobadilla
                                      _____
                                      DORIS T. BOBADILLA

**GALLOWAY, JOHNSON, TOMPKINS,**
**BURR AND SMITH**
1213 31st Avenue
Gulfport, MS  39501
Telephone:  (228) 214-4250
Facsimile:  (228) 214-9650